IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 NOV 28  PM 5: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20150-D |
| WILLIAM VISOR, | * | |
| Defendant. | * | |

## ORDER

It is hereby Ordered that the Unopposed Motion to Continue the Sentencing Hearing for Mr. Visor ✓ IS ___ IS NOT granted and if granted a new Sentencing Hearing will be held on the 13th day of January, 2006 at 1:30 ~~a.m~~ (p.m)

THUS Done this 28 day of November, 2005 at Memphis, Tennessee.

*[signature]*

UNITED STATES JUDGE

2

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20150 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT